Todd M. Friedman (SBN 216752)
Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK GUTIERREZ**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**TXEN PARTNERS, LLC**, and **DOES 1 through 10**, inclusive, and each of them,<br><br>Defendant. | Case No.  8:17-cv-00738-JLS-KES<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>[Filed with:<br>**Declaration of Todd M. Friedman]** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  A declaration in support of the dismissal has been filed with this stipulation, and the Settlement Agreement has been

Stipulation to Dismiss- 1

concurrently filed under seal.  A proposed order has also been concurrently submitted to this Court.

Respectfully submitted this 25th Day of September, 2017,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs


By: s/Jeffrey H. Kass, Esq.
Jeffrey H. Kass
Attorneys for Defendant

Filed electronically on this 25th Day of September, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Josephine L. Staton
United States District Court
Central District of California

And all counsel registered on ECF.

This 25th Day of September, 2017.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN