JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FRANK GUTIERREZ**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**TXEN PARTNERS, LLC**, and **DOES 1 through 10**, inclusive, and each of them,<br><br>Defendant. | Case No. 8:17-cv-00738-JLS-KES<br><br>**ORDER GRANTING PLAINTIFF'S JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS (Doc. 16)** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated: September 29, 2017

_____
The Honorable Josephine L. Staton
United States District Judge